IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _eg_ D.C.

05 AUG 29 AM 8:20

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

|  |  |  |
|---|---|---|
| JAMES MORRIS, | X | |
| Plaintiff, | X | |
| vs. | X | No. 03-2929-Ml/P |
| MARK LUTTRELL, et al., | X | |
| Defendants. | X | |

ORDER DIRECTING CLERK TO REMOVE AND DOCKET PLEADING
IN CORRECT CASE

On June 27, 2005, the Clerk docketed a "motion to lift stay" in this civil action. The pleading pertains to <u>Holliman v. Shelby County Government</u>, No. 03-2919-D/P. Counsel for plaintiff captioned the pleading correctly, with the exception of an erroneous docket number. The Clerk is hereby directed to remove the pleading from this case and docket it in the correct case.

IT IS SO ORDERED this  27  day of August, 2005.

JON PHIPPS MCCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet In compliance
with Rule 58 and/or 79(a) FRCP on  8-29-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:03-CV-02929 was distributed by fax, mail, or direct printing on August 29, 2005 to the parties listed.

---

James L. Morris
4052 Mossville St.
Memphis, TN 38109

Honorable Jon McCalla
US DISTRICT COURT